PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
DUCKHOLE, INC.

FILED
12 NOV 26 PM 3:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY:_____

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCKHOLE, INC., an Arizona corporation, Plaintiff, v. NBCUNIVERSAL MEDIA LLC, a Delaware limited liability company, OPEN 4 BUSINESS PRODUCTIONS LLC, a Delaware limited liability company, UNIVERSAL TELEVISION NETWORKS, LLC, a California limited liability company, AMERICAN WORK, INC, a New York corporation, and DOES 1-10, Defendants. | Case No.: CV12-10077 JAK (JWx)<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff DuckHole, Inc., (hereinafter "DuckHole") brings this Complaint for Copyright Infringement and Jury Demand ("Complaint") against Defendants NBCUniversal Media, LLC, Open 4 Business Productions, LLC, Universal Television Networks, LLC and American Work, Inc. (hereinafter "Defendants") and alleges as follows:

## THE PARTIES

1. DuckHole is corporation organized and existing under the laws of the state of Arizona, with its principle place of business at 25444 N. 113th Way, Scottsdale, Arizona 85255.

2. On information and belief, NBCUniversal Media LLC is a limited liability company organized and existing under the laws of Delaware, with its principal place of business at 30 Rockefeller Plaza, New York, New York 10112.

3. On information and belief, Open 4 Business Productions LLC is a Delaware limited liability company with its principal place of business at 100 Universal City Plaza, Universal City, California 91608.

4. Universal Television Networks, LLC is a California limited liability company organized with its principal place of business at 100 Universal City Plaza, Universal City, California 91608.

5. On information and belief, American Work, Inc. is a New York corporation with its principal place of business at 9100 Wilshire Boulevard, Suite 400W, Beverly Hills, California 90212.

## JURISDICTION AND VENUE

6. This action arises under the Copyright Act, 17 U.S.C. § 1 *et seq*. This Court has subject matter jurisdiction over Plaintiffs' claim for copyright infringement pursuant to 17 U.S.C. § 501, 28 U.S.C. §§ 1331 and 1338.

7. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and/or 1400 because a substantial part of the events giving rise to the claims asserted herein arise in this district, and Defendants, upon information and belief, are and at all times were doing business in this district.

8. This Court has personal jurisdiction over Defendants pursuant to Rule 4(K)(1)(a) of the Federal Rules of Civil Procedure because, upon information and belief, Defendants have conducted

1

and continues to conduct substantial business in the State of California, and in this District. This business includes owning and operating media production companies for the purposes of directly marketing, selling, distributing, and supporting various goods and services to people in California, including residents of California.

## FACTUAL BACKGROUND

9. Plaintiff brings this action for federal copyright infringement arising from Defendants' misappropriation of a television series, tentatively entitled *PETS,* created by Paul J. Andre in 2010, and assigned to DuckHole. Defendants have adapted the now entitled television series, *Animal Practice* ("Series") that airs on NBC from Plaintiff's copyrighted material entitled *PETS*. The Series is substantially identical and, at best, a derivative work of *PETS,* which is based on an original copyrighted *PETS* treatment owned and registered to Plaintiff.

10. On December 12, 2010, Paul J. Andre registered the treatment entitled *PETS* with the Writers Guild of America ("WGA"), and received the registration number 1474876. Subsequent to the WGA registration, Mr. Andre assigned all rights in *PETS* to Plaintiff, and registered the copyright with the United States Copyright Office.

11. The *PETS* show concept is a sitcom set in a veterinarian clinic, and focused on a brilliant veterinarian that "prefers the company of animals to people." The Series *Animal Practice* is set in a veterinarian clinic, and is focused on "a brilliant and dedicated veterinarian who overwhelmingly prefers pets to their owners." The Series concept of centering on a veterinarian that is good with animals but not so good with people, and the setting in a veterinarian clinic are substantially identical, and at least derivative of the concept and setting in *PETS*.

12. In the copyrighted *PETS* treatment, the veterinarian's love interest knows "next to nothing" about animals, and does not get along with the veterinarian. However, due to certain circumstances, the love interest spends significant time at the client and has ample opportunity to interact with the veterinarian, and the sexual tension between them is apparent. In the Series *Animal Practice*, the veterinarian's love interest has a "lack of experience with animals" and "butts head" with

2

COMPLAINT FOR COPYRIGHT INFRINGMENET

the veterinarian, but due to certain circumstances, the love interest spends significant time at the client and has ample opportunity to interact with the veterinarian. Because of the "romantic history" between them, the sexual tension is apparent. The Series main characters are substantially identical, and at least derivative of the main characters in *PETS*.

13. The supporting characters in the copyrighted *PETS* treatment include: (i) David – the veterinarian's colleague and "best 'human' friend" who "is woefully inadequate at the dating scene," (ii) Peg – the "hard-as-nail" employee of the clinic, (iii) Brenda – a "clueless" assistant at the clinic, and (iv) Bud – the resident pet at the clinic. The supporting characters in the Series *Animal Practice* include: (i) Doug – the veterinarian's colleague and "closest 'human' friend" who is "hapless in matters of the heart," (ii) Juanita – the "take-charge" clinic employee, (iii) Angela – an "eccentric" assistant at the clinic, and (iv) Dr. Rizzo – the resident pet at the clinic. The Series supporting characters are substantially identical, and at least derivative of the supporting characters in *PETS*.

14. The *PETS* treatment recognized that even though the veterinarian and love interest were the main characters, "the real 'stars' of the show are the animals. The Series Animal Practice describes the show as a "veterinarian practice where it often seems as if the patients are running the place."

15. The *PETS* treatment described set locations, including the clinic lobby, the examining room and the veterinarian's office. The *PETS* treatment also provided story ideas that included a general introduction in the pilot episodes, a Halloween costume contest for pets at the clinic, and an issue about a pet eating chocolate. The first several episodes of the Series *Animal Practice* were primarily focused on set locations that included the clinic lobby, the examining and operating room, and the veterinarian's office. Additionally, stories for the Series included a substantially similar introductory pilot episode, a Halloween costume contest for pets at the clinic, and an issue about a pet eating chocolate.

16. The *PETS* treatment was sent to Greg Malins in January 2011. On information and belief, individuals associated with the Series *Animal Practice*, including those listed as executive

3

producers, had access to the copyrighted protected content in the *PETS* treatment via direct or indirect association with Mr. Malins and/or his representatives.

## COUNT I

### (Copyright Infringement)

17. Plaintiff re-alleges and incorporates by reference the averments pled in paragraphs 1 through 16 of this Complaint.

18. Plaintiff is informed and believes, and based thereon alleges, that Defendants had reasonable access to the original copyrighted work of *PETS*, and there is substantial similarity of ideas and expression between the copyrighted *PETS* treatment and the Series *Animal Practice*.

19. Plaintiff is informed and believe, and based thereon allege, that Defendants' Series, *Animal Practice*, is a derivative work of *PETS*. Defendants' use and publication of the Series without Plaintiff's approval or authorization infringes upon Plaintiff's exclusive copyright pursuant to 17 U.S.C. § 501.

20. Plaintiff is entitled to recover from Defendants the amount of their actual damages incurred as a result of the infringement, in such amount as is shown by appropriate evidence upon the trial of this case. 17 U.S.C. § 504. Based on the conduct alleged, Plaintiff is entitled to statutory damages arising from this infringement, including statutory and exemplary damages for Defendants' "willful" infringement of Plaintiffs' copyrighted works. 17 U.S.C. § 504(c)(2).

21. Plaintiff is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. Plaintiffs have no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Plaintiff's copyright is unique and valuable property having market value impractical to assess, (b) Defendants' infringement harms Plaintiff such that Plaintiff could not be made whole by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Plaintiff, is continuing.

22. Plaintiff IS also entitled to recover attorneys' fees and costs of suit. 17 U.S.C. § 505.

4

COMPLAINT FOR COPYRIGHT INFRINGMENET

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff DuckHole prays that the Court grant the following relief and judgment:

1. A grant of injunctive relief against Defendants, and that Defendants, their directors, principals, officers, agents, representatives, servants, employees, successors and assigns, and all others in active concert or participation with Defendants, be preliminarily and permanently enjoined and restrained from copying, modifying, distributing or making infringing use of derivative works of *PETS*, such as the Series *Animal Practice*;

2. Disgorgement of all ill-gotten profits earned by virtue of Defendants unauthorized sale and distribution of unauthorized works bearing the copyrighted works of Plaintiff;

3. An award of any and all damages to which Plaintiff is entitled under the United States Copyright Act, including but not limited to, statutory and exemplary damages for Defendants' willful infringement, including enhanced penalties, attorney fees and costs (17 U.S.C. § 504);

4. A grant to Plaintiff of restitution value of all benefits the Defendants unlawfully received by reason of their copyright infringement;

5. An order for Defendants to pay Plaintiff's litigation expenses, including reasonable attorney's fees and costs of this action;

6. An award of punitive damages sufficient to deter Defendants' unlawful conduct, and;

7. Such further and other relief as the Court and/or jury may deem proper and just.

## DEMAND FOR JURY TRIAL

DuckHole demands a jury trial on all issues so triable.

///
///
///
///

COMPLAINT FOR COPYRIGHT INFRINGMENET

Dated: November 14, 2012   By: /s/ Paul J. Andre

Paul J. Andre
pandre@kramerlevin.com
Lisa Kobialka
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Respectfully submitted,

*Attorneys for Plaintiff*
DUCKHOLE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John Kronstadt and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

**CV12- 10077 JAK (CWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY



Name & Address:
Paul J. Andre (CA 196585)
Lisa Kobialka (CA 191404)
Kramer Levin Naftalis & Frankel LLP
990 Marsh Road
Menlo Park, CA 94025, Tel. (650) 752-1700

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DUCKHOLE, INC. an Arizona corporation, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | **CV12-10077** JAK(WX) |
| NBC UNIVERSAL MEDIA, LLC, (see additional summons page) | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☑ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Kramer Levin Naftalis & Frankel LLP__, whose address is __990 Marsh Road, Menlo Park, CA 94025__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: November 26, 2012

By: _____
JULIE PRADO
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)        SUMMONS

## ADDITIONAL SUMMONS PAGE

NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company, OPEN 4 BUSINESS PRODUCTIONS LLC, a Delaware limited liability company, UNIVERSAL TELEVISION NETWORKS, LLC, a California limited liability company, AMERICAN WORK, INC., a New York corporation, and DOES 1-20,

Defendants.

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DUCKHOLE, INC., an Arizona corporation,

**DEFENDANTS**
NBC UNIVERSAL MEDIA LLC, a Delaware limited liability company, OPEN 4 BUSINESS PRODUCTIONS LLC, a Delaware limited liability company, UNIVERSAL TELEVISION NETWORKS, LLC, et al.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Paul J. Andre, Lisa Kobialka
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Rd., Menlo Park, CA 94025, Tel.: (650) 752-1700

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Action arises under 17 U.S.C. Section 1 et seq. for copyright infringement.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | ☐ 690 Other | FEDERAL TAX SUITS |
| | | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV12-10077**

FOR OFFICE USE ONLY:    Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                    CIVIL COVER SHEET                                    Page 1 of 2

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | DuckHole, Inc. has a principle place of business in Scottsdale, Arizona. |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| On information and belief, Open 4 Business Productions LLC, Universal Television Networks, LLC, and American Work, Inc. have a principal place of business in Los Angeles County, CA | On information and belief, NBCUniversal Media LLC has a principal place of business in New York, NY; |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, CA |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_   Date November 26, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |