**FILED**

UNITED STATES COURT OF APPEALS

FEB 25 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DUCKHOLE, INC., an Arizona corporation,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NBC UNIVERSAL MEDIA LLC, a Delaware limited liability company; et al.,<br><br>        Defendants - Appellees. | No. 13-56574<br><br>D.C. No. 2:12-cv-10077-BRO-CW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

2/25/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

    Appellant's unopposed motion to withdraw notice of appeal is construed as a unopposed motion to dismiss this appeal pursuant to Fed. R. App. P. 42(b), and so construed, is granted.

    A copy of this order shall serve as and for the mandate of this court.

                      FOR THE COURT

                      By: Margaret A. Corrigan
                      Circuit Mediator

MAC/Mediation